JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY HAMM, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:25-cv-03221-JGB-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND** |

On September 14, 2026 the Parties filed a joint stipulation to remand this Action to the Superior Court of California, Riverside County. The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Action is hereby REMANDED to the Superior Court of California, County of Riverside; and
2. All future dates and deadlines in this Action are hereby VACATED.

IT IS SO ORDERED.

Dated: September 21, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE